IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH SKRIP, | : | Civil No. 3:15-cv-2408 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| EDWARD BUTLER, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 17th day of December, 2016, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for reconsideration, (Doc. 26), is **DENIED**.

Robert D. Mariani
United States District Judge